**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL FOLKENROTH**                                                           **PLAINTIFF**

**V.**                          **NO. 4:12CV00646-SWW-BD**

**KENNY DUNHAM,**
**RANDY MURRY AND SCOTT BRADLEY**                                 **DEFENDANTS**

**ORDER**

The Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The Defendants' motion for summary judgment is GRANTED. (Docket entry #21) Mr. Folkenroth's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 18th day of July, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE